IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NORMA-GAYLE SHAW, ) | |
| ) | |
| Plaintiff, ) | Case No. CV-08-406-S-BLW |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| LEHMAN BROS BANK, FSB and ) | |
| AURORA LOAN SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court earlier granted Defendants' Motion to Dismiss, dismissing this entire action with prejudice. Based upon that Memorandum Decision and Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's claims against Defendant Lehman Brothers Bank, FSB and Defendant Aurora Loan Services, LLC and Plaintiff's entire cause of action are DISMISSED with prejudice.

DATED:  **March 20, 2009**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**